# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Anthony Pratt<br>    aka Mark A. Pratt<br>    aka Mark Pratt<br>Renata C. Motayne<br>    aka Renata Charmaine Motayne<br>    aka Renata C. Motayne<br>    aka Renata Pratt<br>    aka Renata C. Pratt<br>    aka Renata Motayne-Pratt<br><br>            **Debtors** | BK NO. 17-03440 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing, LLC as servicer for Legacy Mortgage Asset Trust 2018-SL1 and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322