## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MARK ANTHONY PRATT  Case No.: 5-17-03440-MJC
RENATA C. MOTAYNE  Chapter 13
      Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 21 |
| Last Four of Loan Number: | #7049/post arrears Byron Ln |
| Property Address if applicable: | P.O. BOX 307, , ALBRIGHTSVILLE, PA18210 |

**PART 2:** **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the Trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,919.67 |
| f. | Postpetition arrearages paid by the Trustee: | $1,919.67 |
| g. | Total b, d, f: | $1,919.67 |

**PART 3:** **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 1, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 21

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5220 | 1200978 | 04/11/2019 | $308.16 | $0.00 | $308.16 |
| 5220 | 1202300 | 05/09/2019 | $308.16 | $0.00 | $308.16 |
| 5220 | 1203616 | 06/06/2019 | $281.94 | $0.00 | $281.94 |
| 5220 | 1206358 | 08/07/2019 | $41.63 | $0.00 | $41.63 |
| 5220 | 1207871 | 09/26/2019 | $115.38 | $0.00 | $115.38 |
| 5220 | 1210104 | 11/07/2019 | $110.41 | $0.00 | $110.41 |
| 5220 | 1211477 | 12/12/2019 | $220.83 | $0.00 | $220.83 |
| 5220 | 1212842 | 01/16/2020 | $110.41 | $0.00 | $110.41 |
| 5220 | 1214186 | 02/13/2020 | $110.42 | $0.00 | $110.42 |
| 5220 | 1215499 | 03/12/2020 | $110.41 | $0.00 | $110.41 |
| 5220 | 1216764 | 04/14/2020 | $110.41 | $0.00 | $110.41 |
| 5220 | 1217747 | 05/06/2020 | $91.51 | $0.00 | $91.51 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
MARK ANTHONY PRATT                              Case No.: 5-17-03440-MJC
RENATA C. MOTAYNE                               Chapter 13
        Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON PA, 18504- | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO, 80111 | SERVED BY 1ST CLASS MAIL |
| MARK ANTHONY PRATT<br>RENATA C. MOTAYNE<br>P.O. BOX 307<br>ALBRIGHTSVILLE, PA 18210 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 1, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com