# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MARK ANTHONY PRATT                              Case No.: 5-17-03440-MJC
RENATA C. MOTAYNE                               Chapter 13
      Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**        **MORTGAGE INFORMATION**

Creditor Name:        SPECIALIZED LOAN SERVICING LLC
Court Claim Number:        02
Last Four of Loan Number:        567 Byron Lane - PRE-ARREARS - 7049
Property Address if applicable:        P.O. BOX 307, , ALBRIGHTSVILLE, PA18210

**PART 2:**        **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:     $2,994.56
b. Prepetition arrearages paid by the Trustee:     $2,994.56
c. Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c):     $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e. Allowed postpetition arrearage:     $0.00
f. Postpetition arrearages paid by the Trustee:     $0.00
g. Total b, d, f:     $2,994.56

**PART 3:**        **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**        **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 1, 2022                                Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1194444 | 11/08/2018 | $80.59 | $0.00 | $80.59 |
| 5200 | 1195861 | 12/13/2018 | $267.51 | $0.00 | $267.51 |
| 5200 | 1197224 | 01/10/2019 | $267.51 | $0.00 | $267.51 |
| 5200 | 1198303 | 02/07/2019 | $495.44 | $0.00 | $495.44 |
| 5200 | 1199592 | 03/12/2019 | $267.51 | $0.00 | $267.51 |
| 5200 | 1203616 | 06/06/2019 | $22.76 | $0.00 | $22.76 |
| 5200 | 1206358 | 08/07/2019 | $64.84 | $0.00 | $64.84 |
| 5200 | 1207871 | 09/26/2019 | $180.00 | $0.00 | $180.00 |
| 5200 | 1210104 | 11/07/2019 | $172.24 | $0.00 | $172.24 |
| 5200 | 1211477 | 12/12/2019 | $344.47 | $0.00 | $344.47 |
| 5200 | 1212842 | 01/16/2020 | $172.24 | $0.00 | $172.24 |
| 5200 | 1214186 | 02/13/2020 | $172.23 | $0.00 | $172.23 |
| 5200 | 1215499 | 03/12/2020 | $172.24 | $0.00 | $172.24 |
| 5200 | 1216764 | 04/14/2020 | $172.24 | $0.00 | $172.24 |
| 5200 | 1217747 | 05/06/2020 | $142.74 | $0.00 | $142.74 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MARK ANTHONY PRATT   Case No.: 5-17-03440-MJC
RENATA C. MOTAYNE   Chapter 13
  Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON PA, 18504- | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO, 80111 | SERVED BY 1ST CLASS MAIL |
| MARK ANTHONY PRATT<br>RENATA C. MOTAYNE<br>P.O. BOX 307<br>ALBRIGHTSVILLE, PA 18210 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 1, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com