United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Mark Anthony Pratt  
Renata C. Motayne  
    Debtors

Case No. 17-03440-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4  
Date Rcvd: Nov 30, 2022     Form ID: 3180W     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Anthony Pratt, Renata C. Motayne, P.O. Box 307, Albrightsville, PA 18210-0307 |
| 4959187 | + | California Coast University, 925 N.Spurgeon St., Santa Ana, CA 92701-3700 |
| 4979103 | + | Citizens Bank of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 4959197 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 4959198 | | Liberty Mutual, PO Box 8090, Wausau, WI 54402-8090 |
| 4959200 | + | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Suite 1400, Philadlephia, PA 19109-1060 |
| 4959209 | | Towamensing Trails POA, P.O. Box 100, Albrightsville, PA 18210-0100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Nov 30 2022 23:48:00 | AmeriCredit Financial Services, Inc. A/C dba GM Fi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 30 2022 18:44:00 | Legacy Mortgage Asset Trust 2020-SL1, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 30 2022 18:44:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 4975954 | | EDI: PHINAMERI.COM | Nov 30 2022 23:48:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 4961540 | + | EDI: PHINAMERI.COM | Nov 30 2022 23:48:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4959184 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 18:44:00 | Atlantic Credit & Finance, P.O. Box 13386, Roanoke, VA 24033-3386 |
| 4959186 | | Email/Text: BNBSB@capitalsvcs.com | Nov 30 2022 18:44:00 | Bryant State Bank, P.O. Box 5161, Sioux Falls, SD 57117 |
| 5004585 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 30 2022 18:46:25 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4959188 | + | EDI: CAPITALONE.COM | Nov 30 2022 23:48:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4959189 | ^ | MEBN | Nov 30 2022 18:39:02 | Citizens Bank, N.A,, 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 4959190 | + | Email/Text: bankruptcy@consumerportfolio.com | Nov 30 2022 18:44:00 | Consumer Portfolio Services, Inc., P.O. Box 57071, Irvine, CA 92619-7071 |
| 4959191 | + | EDI: CCS.COM | Nov 30 2022 23:48:00 | Credit Collection Service, 725 Canton St., |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Norwood, MA 02062-2679 |
| 4959192 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 30 2022 18:46:24 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4959193 | | Email/Text: BNSFN@capitalsvcs.com | Nov 30 2022 18:44:00 | First National Credit Card, P.O. Box 5097, Sioux Falls, SD 57117-5097 |
| 4959195 | | Email/Text: BNSFS@capitalsvcs.com | Nov 30 2022 18:44:00 | First Savings Credit Card, P.O. Box 5019, Sioux Falls, SD 57117 |
| 4959185 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 30 2022 18:44:00 | Blaze Mastercard, P.O. Box 5096, Sioux Falls, SD 57117 |
| 4959194 | | EDI: AMINFOFP.COM | Nov 30 2022 23:48:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 4959196 | | EDI: PHINAMERI.COM | Nov 30 2022 23:48:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 5004613 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 18:46:25 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5179311 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 30 2022 18:44:00 | Legacy Mortgage Asset Trust 2018-SL1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5004562 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 30 2022 18:46:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4959201 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 30 2022 18:46:24 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 4995825 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 18:44:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, Agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4959202 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 18:44:00 | Midland Funding, LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 4990292 | | EDI: PRA.COM | Nov 30 2022 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4959230 | + | EDI: RECOVERYCORP.COM | Nov 30 2022 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4989436 | + | EDI: JEFFERSONCAP.COM | Nov 30 2022 23:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5009330 | | EDI: Q3G.COM | Nov 30 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5097266 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 30 2022 18:44:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5363835 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 30 2022 18:44:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 4959204 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 30 2022 18:44:00 | Specialized Loan Servicing LLC, P.O. Box 636005, Littleton, CO 80163-6005 |
| 5363836 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 30 2022 18:44:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 4959205 | | EDI: RMSC.COM | Nov 30 2022 23:48:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 4959206 | | EDI: RMSC.COM | Nov 30 2022 23:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 4959207 | EDI: RMSC.COM | Nov 30 2022 23:48:00 | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5004139 | + Email/Text: bncmail@w-legal.com | Nov 30 2022 18:44:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4959208 | + EDI: WTRRNBANK.COM | Nov 30 2022 23:48:00 | Target National Bank, c/o Target Credit Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 4968087 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 30 2022 18:44:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 4969676 | *+ | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 4959199 | *+ | Mark Anthony Pratt, P.O. Box 307, Albrightsville, PA 18210-0307 |
| 4959203 | *+ | Renata C. Motayne, P.O. Box 307, Albrightsville, PA 18210-0307 |
| 5097267 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5113477 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5113478 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5355965 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5355966 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Legacy Mortgage Asset Trust 2018-SL1 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| Mary F Kennedy | on behalf of Creditor Citizens Bank of Pennsylvania mary@javardianlaw.com |

| | |
|---|---|
| | coleen@javardianlaw.com;chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Tullio DeLuca | |
| | on behalf of Debtor 2 Renata C. Motayne tullio.deluca@verizon.net |
| Tullio DeLuca | |
| | on behalf of Debtor 1 Mark Anthony Pratt tullio.deluca@verizon.net |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | Mark Anthony Pratt | Social Security number or ITIN | xxx–xx–6239 |
| | First Name  Middle Name  Last Name | EIN __–_____ | |
| Debtor 2 | Renata C. Motayne | Social Security number or ITIN | xxx–xx–5316 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN __–_____ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:17–bk–03440–MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Anthony Pratt
aka Mark A. Pratt, aka Mark Pratt

Renata C. Motayne
aka Renata C. Motayne, aka Renata Charmaine Motayne, aka Renata Pratt, aka Renata Motayne–Pratt, aka Renata C. Pratt

11/30/22

**By the court:**

_[signature]_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2