| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mark Anthony Pratt |
| | aka Mark A. Pratt aka Mark Pratt |
| Debtor 2 (Spouse, if filing) | Renata C. Motayne |
| | aka Renata Charmaine Motayne aka Renata C. Motayne aka Renata Pratt aka Renata C. Pratt aka Renata Motayne-Pratt |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 5:17-bk-03440-MJC |

# Form 4100R
# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Statement / Response Date: 12/13/2022

**Name of creditor:** Legacy Mortgage Asset Trust 2020-SL1 Mortgage-Backed Notes, Series 2020-SL1, U.S. Bank Trust National Association, as Trustee
c/o Specialized Loan Servicing, LLC

**Court claim no.** (if known): 2-1 & 21-1

**Last 4 digits** of any number you use to identify the debtor's account: 7049

**Property address:** 567 Byron Ln
Number    Street

Albrightsville, Pennsylvania 18210
City           State      ZIP Code

### Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01/01/2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

Form 4100R    Response to Notice of Final Cure Payment    page 1

OCF4100R 20154-0
Case 5:17-bk-03440-MJC    Doc 76    Filed 12/21/22    Entered 12/21/22 17:51:24    Desc
Main Document    Page 1 of 3

| | | | |
|---|---|---|---|
| Debtor 1 | Mark Anthony Pratt<br>First Name   Middle Name   Last Name | Case number (if known) | 5:17-bk-03440-MJC |

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    MM / DD / YYYY

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri
Signature                                                                 Date   12/21/2022

Print   Mukta Suri
        First Name   Middle Name   Last Name        Title   Authorized Agent for Specialized Loan Servicing LLC

Company   Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   P.O. Box 9013
          Number   Street
          Addison, Texas 75001
          City           State           ZIP Code

Contact phone   (972) 643-6600        Email   POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 21, 2022 via electronic notice unless otherwise stated.

**Debtor**         *Via U.S. Mail*
Mark Anthony Pratt
P.O. Box 307
Albrightsville, PA 18210

**Debtor**         *Via U.S. Mail*
Renata C. Motayne
P.O. Box 307
Albrightsville, PA 18210

**Debtors' Attorney**
Tullio DeLuca
381 N. 9th Avenue
Scranton, PA  18504

**Chapter 13 Trustee**
Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

        Respectfully Submitted,

        /s/  Mukta Suri