United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Mark Anthony Pratt<br>Renata C. Motayne<br>    Debtors | Case No. 17-03440-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Feb 14, 2023  Form ID: fnldec  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark Anthony Pratt, Renata C. Motayne, P.O. Box 307, Albrightsville, PA 18210-0307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Legacy Mortgage Asset Trust 2018-SL1 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| Mary F Kennedy | on behalf of Creditor Citizens Bank of Pennsylvania mary@javardianlaw.com chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Tullio DeLuca | on behalf of Debtor 2 Renata C. Motayne tullio.deluca@verizon.net |

Tullio DeLuca     on behalf of Debtor 1 Mark Anthony Pratt tullio.deluca@verizon.net

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark Anthony Pratt,
aka Mark A. Pratt, aka Mark Pratt,

  **Debtor 1**

Chapter 13

Case No.   5:17−bk−03440−MJC

Renata C. Motayne,
aka Renata C. Motayne, aka Renata Charmaine Motayne,
aka Renata Pratt, aka Renata Motayne−Pratt, aka Renata C. Pratt,

  **Debtor 2**

Social Security No.:
  xxx−xx−6239  xxx−xx−5316

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 14, 2023

**fnldec** (01/22)